STATE DIVISION OF HUMAN RIGHTS, on Complaint of KENNETH S. MERTZ, Petitioner, v W. H. JONES & SON, INC., Respondent. — Determination unanimously confirmed and petition

dismissed, without costs (see *State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law, § 298.) Present — Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.